UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE A. REX,<br><br>        Plaintiff,<br><br>vs.<br><br>XPO LAST MILE, INC., a Georgia Corporation, a subsidiary of XPO LOGISTICS, INC., a Delaware Corporation,<br><br>        Defendants. | No. 2:17-cv-00705-RSM<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF Julie A. Rex, represented by Attorney Thomas Mumford and J.C. Becker along with the DEFENDANTS, XPO Last Mile, Inc. and XPO Logistics, Inc. represented by their Attorney Barry Johnsrud and do hereby MOVE THE COURT for an order of DISMISSAL with prejudice and without costs as to all Defendants. This motion is jointly made and agreed (by stipulation) between the parties hereto.

Dated this 20th day of September 2017,

**The Law Offices of: J.C. Becker, Inc., PS**
13300 Bothell-Everett Hwy, Suite 303-604
Mill Creek, Washington 98012
(425) 280-2004 jc@lojcb.com

Presented by (all counsel jointly):

| | |
|---|---|
| Buri Funston Mumford, PLLC | The Law Offices of J.C. Becker, Inc., P.S. |
| *S/Tom Mumford* | *S/J.C. Becker* |
| Tom Mumford, WSBA #28652 | J.C. Becker, WSBA #19350 |
| Attorney for Plaintiff | Attorney for Plaintiff |

Jackson Lewis P.C.

*S/Barry Johnsrud*
Barry Alan Johnsrud, WSBA #21952
Attorney for Defendants

## ORDER OF DISMISSAL

Pursuant to the parties stipulated motion, it is hereby ORDERED, ADJUDGED, AND DECREED this action is DISMISSED WITH PREJUDICE and without costs as to all Defendants on the date below.

DATED this 21st day of September 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER OF DISMISSAL
WITH PREJUDICE AS TO ALL DEFENDANTS - 2 (2:17-cv-00705-RSM)

**The Law Offices of: J.C. Becker, Inc., PS**
13300 Bothell-Everett Hwy, Suite 303-604
Mill Creek, Washington 98012
(425) 280-2004 jc@lojcb.com